# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DEMETRIA LUCKEY ALDRIDGE, ET AL. | § § § | |
| v. | § § | Case No. 2:21-CV-0300-JRG-RSP  LEAD CASE |
| D. COURTNEY CONSTRUCTION, INC., ET AL. | § § | |
| | | |
| RAFAEL RAMIREZ CASTILLO, ET AL. | § § § | |
| v. | § § | Case No. 2:22-CV-0117-JRG-RSP |
| T COOK TRUCKING, LLC | § | |

## ORDER

For the reasons assigned in the April 14, 2022 Status Conference, Case No. 2:22cv117 is CONSOLIDATED into lead case 2:21cv300 for all pretrial purposes.

**SIGNED this 19th day of April, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE